UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-20150-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

SUYAPA TURCIOS,

    Plaintiff,

v.

DELICIAS HISPANAS CORPORATION, and
PATRICIA ORTEGA,

    Defendants.
                                                 /

<u>ORDER GRANTING
PLAINTIFF'S MOTION FOR DEFAULT OF BOTH DEFENDANTS AS TO LIABILITY</u>

    Presently pending before the Court is Plaintiff's Motion for Default of Both Defendants as to Liability (DE # 70).  This case is referred to the undersigned Magistrate Judge based upon the consent of the parties (DE # 48).  Based upon a careful review of the record, and for the reasons stated herein, Plaintiff's motion is GRANTED.

    Plaintiff sued her employers under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, alleging that they failed to pay her overtime and minimum wages in accordance with the law (DE # 1).

    On September 24, 2008, Defendants' attorney filed a Motion to Withdraw as Counsel (DE # 65) and a hearing on the motion was held before the undersigned Magistrate Judge on September 26, 2008.  Due to irreconcilable differences that he could not divulge without violating attorney-client confidences, Defendants' counsel stated that he was no longer able to continue representing his clients in this matter. Defendants' counsel further stated that he was unable to reach Defendants for approximately two weeks.

    On September 29, 2008, this Court granted the Motion to Withdraw as counsel;

ordered the corporate defendant to obtain new counsel; and, ordered the individual defendant to either obtain new counsel or proceed *pro se*. A deadline of October 24, 2008 was set for the Defendants' new counsel to file a Notice of Appearance, or in the case of the individual defendant, to file a Notice of Intent to Proceed *Pro Se* (DE # 67). The Court specifically advised Defendants "that their failure to comply with this Order within the time provided may result in the striking of their answer and the entry of a default judgment against them as to liability without the need for further proceedings" (DE # 67 at 2). Copies of the Court's Order were separately mailed to the defendants by chambers' staff (DE # 68).

On November 20, 2008, nearly a month after Defendants were required to obtain new counsel or, in the case of the individual defendant, notify the Court of her intent to proceed *pro se*, Plaintiff filed the instant motion requesting that a default judgment as to liability be entered against the defendants based on their failure to comply with this Court's Order (DE # 70). Plaintiff's counsel stated that he sent copies of the instant motion to Defendants at the last known addresses provided by their former counsel, in addition to calling the phone numbers provided and leaving a voice mail message at one number as well as a message with an individual who answered the phone at a second number (DE # 70 at 2-3).

On November 24, 2008, the undersigned entered Order requiring Defendants to respond to Plaintiff's motion and show cause why a default judgment as to liability should not be entered against them for failing to comply with this Court's prior Order (DE # 72). Copies of this Order were also mailed to Defendants by chambers' staff (DE # 73). The deadline for filing a timely response expired on December 5, 2008, and none has been filed to date (DE # 72). Based upon the impending December 15, 2008 trial date

and the inability to contact Defendants, no lesser sanction than a default judgment as to liability is available or appropriate to address Defendants' breach of their pretrial obligations.  *See In re Sunshine Jr. Stores, Inc.*, 456 F.3d 1291, 1306-07 (11th Cir. 2006). It is, accordingly,

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Default of Both Defendants as to Liability (DE # 70) is **GRANTED**.  A default judgment as to liability is entered against Defendants Delicias Hispanas Corp. and Patricia Ortega, both for their failure to comply with this Court's Order to obtain new counsel or, in the case of the individual defendant, file a Notice of Intent to Proceed *Pro Se* (DE # 67), as well as their failure to respond to the instant motion after being directed to do so in a subsequent Order (DE # 72).  On or before January 9, 2009, Plaintiff shall file a Motion for Final Default Judgment and Affidavit as to damages.  Upon the filing of a motion for final default judgment, Defendants may still contest the specific amount of damages, provided that the Defendants obtain new counsel who shall file a Notice of Appearance with this Court; or, alternatively, in the case of the individual defendant, provided that she files a Notice of Intent to Proceed *Pro Se*.  The trial, which was previously set to commence on December 15, 2008, is canceled.

**DONE AND ORDERED** in chambers in Miami, Florida, on December 9, 2008.

*[signature: Andrea M. Simonton]*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
**All counsel of record via CM/ECF**

**Delicias Hispanas Corp.**
**503 SW 17th Ave.**
**Miami, FL 33135**

**Patricia Ortega**
**1011 SW 8th Ave.**
**Miami, FL 33130**