UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20150-CIV-SIMONTON
<u>CONSENT CASE</u>

SUYAPA TURCIOS,

    Plaintiff,

v.

DELICIAS HISPANAS CORP., and
PATRICIA ORTEGA,

    Defendants.
                               /

<u>ORDER REQUIRING COMPLIANCE WITH FEDERAL RULES</u>

Presently pending before the Court is Plaintiff's Motion for Final Default Judgment and Motion for Attorneys' Fees and Costs (DE # 77). This case is referred to the undersigned Magistrate Judge based upon the consent of the parties (DE # 48).

On September 29, 2008, this Court granted the Motion to Withdraw filed by Defendants' counsel and ordered Defendants to obtain new counsel on or before October 24, 2008.[1] This Order was mailed by chambers' staff to Defendants (DE # 68).

November 20, 2008, Plaintiff filed a Motion for Default Judgment as to Liability Against Defendants, citing their failure to comply with the Court's Order to obtain new counsel (DE # 70). On November 24, 2008, this Court entered an Order requiring Defendants to show cause why a default judgment as to liability should not be entered against them for failing to comply with its earlier Order requiring them to obtain new counsel. This Order to Show Cause was also mailed by chambers' staff to Defendants

---

[1] Although the corporate defendant was required to obtain new counsel, the Order provided that the individual defendant could, alternatively, file a notice of intent to proceed *pro se*.

(DE # 73).

On December 9, 2008, the Court entered a default judgment as to liability against Defendants for their failure to comply with the Court's September 29, 2008 Order to obtain new counsel and the Court's November 24, 2008 Order to Show Cause (DE # 74).

On January 8, 2009, Plaintiff filed the instant motion for final default judgment and attorneys' fees and costs (DE # 77).  However, the motion does not contain a certificate of counsel reflecting that it was served on Defendants.  In addition, a review of the Notice of Electronic Filing that appears on the Court's docket also does not reflect that Defendants have ever been served with a copy of the instant motion.  The Federal Rules of Civil Procedure require that,

> [i]f the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application

Fed. R. Civ. P. 55(b)(2).  It is, therefore, hereby

**ORDERED** that, on or before March 4, 2009, Plaintiff shall file a certificate of counsel reflecting that a copy of the Motion for Final Default Judgment and Attorneys' Fees and Costs (DE # 77) has been served upon Defendants Delicias Hispanas Corp. and Patricia Ortega in accordance with the Federal and Local Rules.  It is further

**ORDERED** that, within 10 days of being served with Plaintiff's Motion for Final Default Judgment and Attorneys' Fees and Costs, Defendants shall file their response. Defendants are advised that their failure to respond to the motion within the time provided may result in the entry of a Final Default Judgment against them – including an

assessment of actual and liquidated damages, as well as Plaintiff's attorneys' fees and costs – without the need for further proceedings.

**DONE AND ORDERED** in chambers in Miami, Florida on February 23, 2009.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies to:**

**All counsel of record via CM/ECF**

**Delicias Hispanas Corp.**
503 SW 17th Ave.
Miami, FL 33135

**Patricia Ortega**
1011 SW 8th Ave.
Miami, FL 33130